**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-532**

---

In Re: MARIE ASSA'AD-FALTAS,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-95-1521-3-17)

---

Submitted:  May 28, 1996          Decided:  June 4, 1996

---

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Marie Assa'ad-Faltas, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Petitioner Marie Assa'ad-Faltas filed a petition for writ of mandamus, a motion for emergency stay pending resolution of the mandamus petition, a motion to proceed in forma pauperis, and an "Application for Petitioner's Conditional Admission to the Bar of this Court."

We deny the petition for writ of mandamus, motion for emergency stay, and motion to proceed in forma pauperis because Petitioner fails to establish that her right to the relief sought is "clear and indisputable." See Mallard v. United States Dist. Court, 490 U.S. 296, 309 (1989) (citations and internal quotation marks omitted). Additionally, to the extent the motion to personally argue and formally brief Petitioner's cases before this court relates to future appeals, we deny it as unripe for review. To the extent the motion relates to her pending appeal before this court, we deny the motion because she retained an attorney for the case; that attorney has filed a formal brief and may, if this court so directs, argue the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED